**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1506**

---

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

ADMINISTRATIVE OFFICE OF THE UNITED STATES
COURTS,

Defendant - Appellee.

---

**No. 97-1507**

---

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA JUSTICE COMMITTEE,

Defendant - Appellee.

DONALD J. STRABLE,

                              Plaintiff - Appellant,

        versus

ADMINISTRATIVE OFFICE OF THE UNITED STATES
COURTS,

                              Defendant - Appellee.

Appeals from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-97-530-6-13AK, CA-97-179-6-13AK, CA-97-530-6)

Submitted:  August 14, 1997        Decided:  August 20, 1997

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

Dismissed by unpublished per curiam opinion.

Donald J. Strable, Appellant Pro Se.  Ronald Keith Wray II, GIBBES,
GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his civil actions. We have reviewed the record and the district court's opinions accepting the recommendations of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. Strable v. Administrative Office of the United States Courts, No. CA-97-530-6-13AK (D.S.C. Apr. 8, 1997; Strable v. South Carolina Justice Comm., No. CA-97-179-6-13AK (D.S.C. Apr. 9, 1997); Strable v. Administrative Office of the United States Courts, No. CA-97-530-6 (D.S.C. Apr. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3